[No. 48147-9-I. Division One. September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG M. BARFIELD, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-1-02618-5, Ann Schindler, J., entered January 12 and 23, 2001. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 49926-2-I. Division One. September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. M.D.S., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-8-00980-0, Charles S. French, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 50262-0-I. Division One. September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JODI ANN WARREN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-1-00921-7, David A. Nichols, J., entered February 6, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Ellington, JJ.

[No. 50307-3-I. Division One. September 15, 2003.]

MARK ANDERSON, ET AL., *Respondents*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-33029-2, Suzanne M. Barnett, J., entered March 15, 2002. *Reversed with instructions* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.